**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:05cv9-V**

| | | |
|---|---|---|
| **RACE CITY FASTENERS, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **SELECTIVE INS. CO.,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on its own motion to continue the trial from the 6 November term in the Statesville Division.

**IT IS, THEREFORE, ORDERED** that this case is hereby continued from the November 2006 term in the Statesville Division to the 16 January 2007 term in the Statesville Division.

Signed: October 10, 2006

Richard L. Voorhees
United States District Judge