# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
### 5:05cv9-V

| | | |
|---|---|---|
| **RACE CITY FASTNERS, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **SELECTIVE INSURANCE COMPANY** | ) | |
| **OF SOUTH CAROLINA** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

       **THIS MATTER** is before the Court on its own motion to continue the trial from the

16 January 2007 trial calendar in the Statesville Division.

       **IT IS, THEREFORE, ORDERED** that this case is hereby continued from the

January 2007 term in the Statesville Division to the next available date in the Statesville

Division.


_____ Signed: December 14, 2006


Richard L. Voorhees
United States District Judge