# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:05cv9-V

| | |
|---|---|
| RACE CITY FASTNERS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| SELECTIVE INSURANCE COMPANY ) | |
| OF SOUTH CAROLINA ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on its own motion to continue the trial from the 12 March 2007 trial calendar in the Statesville Division.

**IT IS, THEREFORE, ORDERED** that this case is hereby continued from the March 2007 term in the Statesville Division to the next available date in the Statesville Division.

Signed: February 15, 2007

Richard L. Voorhees
United States District Judge