# United States District Court
# For The Western District of North Carolina
# Statesville Division

RACE CITY FASTENERS, INC.,

    Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                        CASE NO. 5:05CV9

SELECTIVE INSURANCE COMPANY
OF SOUTH CAROLINA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 3, 2007, Order.

                                          Signed: May 3, 2007

                                          Frank G. Johns, Clerk
                                          United States District Court