UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No. 5:05CV9

FILED IN COURT STATESVILLE, N.C. SEP 25 2007 U.S. DISTRICT COURT W. DIST. OF N.C.

| | |
|---|---|
| RACE CITY FASTENERS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER APPROVING** |
| v. ) | **SUPERSEDEAS BOND AND** |
| ) | **STAYING EXECUTION OF** |
| SELECTIVE INSURANCE COMPANY ) | **JUDGMENT PENDING APPEAL** |
| OF SOUTH CAROLINA, ) | |
| ) | |
| Defendants. ) | |

This cause coming before the Court on the parties' Consent Motion to Approve Supersedeas Bond and Stay Execution of Judgment Pending Appeal, the Court being duly advised, IT IS HEREBY ORDERED:

The *supersedeas* bond (Bond No. B1040223) which has been presented to this Court in the amount of $1,333,686.76 with respect to the May 3, 2007 Judgment allowing Plaintiff's Motion for Summary Judgment declaring that Selective is liable for a default judgment which Plaintiff Race City Fasteners obtained against Selective's insured, Plasfab, in the amount of $714,414.96, is approved. Execution on that judgment is stayed upon appeal pursuant to Rule 62(d) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 25th day of Sept., 2007.

RICHARD L. VOORHEES
UNITED STATES DISTRICT JUDGE